981 A.2d 1284

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Lekeyia GRAHAME, Petitioner.**

Supreme Court of Pennsylvania.

Sept. 18, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of September, 2009, the Petition for Allowance of Appeal is **GRANTED, LIMITED** to the issue below. In all other respects the Petition is **DENIED.**

The issue, rephrased for clarity, is:

Did the Superior Court err in finding sufficient reasonable suspicion based on a "guns follow drugs" presumption to justify a "protective search" of Petitioner's pocketbook for weapons pursuant to *Terry v. Ohio* 392 U.S. 1, 88 S.Ct. 1868, 20 L.Ed.2d 889 (1968)?

In addressing this issue, the parties are to discuss and address any alternative, intermediate investigative measures, short of a search, which police officers may have lawfully utilized under

the circumstances of this case. *See, e.g.,* 4 Wayne R. Lafave, Search and Seizure § 9.6(e) (4th. Ed.2008).